# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Donald D. Kreisberg Jr.  
        Debtor(s)

CHAPTER 13

BKY. NO. 23-21516 GLT

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of OBX 2020-EXP3 Trust c/o Wilmington Savings Fund Society, FSB and index same on the master mailing list.

Respectfully submitted,

/s/ **Brian C. Nicholas**  
Brian Nicholas  
11 Aug 2023, 10:40:48, EDT

Brian C. Nicholas, Esq. (317240) ☑  
Denise Carlon, Esq. (317226) ☐  
KML Law Group, P.C.  
BNY Mellon Independence Center  
701 Market Street, Suite 5000  
Philadelphia, PA 19106  
412-430-3594  
bkgroup@kmllawgroup.com

Document ID: 0a8e4b70368a22df11ac977f67609c80b0dc25832b5a622dd721c1be969abdcf