Form COD

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:   Bankruptcy Case No.: 23−21516−GLT
Chapter: 13

**Donald D. Kreisberg Jr.**

Debtor(s)

## ORDER DIRECTING FURTHER ACTION IN RESPONSE TO CHAPTER 13 TRUSTEE'S CERTIFICATE OF DEFAULT REQUESTING DISMISSAL

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and is in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **twenty−one (21) days from the date of this Order,** Debtor(s) must file (1) *Documentary Proof of Payment* according to the accompanying *Instructions,* (2) a *Notarized Affidavit or Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes (a) an explanation of Debtor(s)' failure to comply with the current plan payment and/or (b) a statement setting forth why the Debtor(s) disputes the *Certificate of Default.*

**IT IS FURTHER ORDERED** that to the extent the Debtor(s) does not contest that the Debtor(s) is in default of the current plan, the Debtor(s) shall file **one** of the following within twenty−one (21) days of the date of this Order to avoid dismissal of the instant bankruptcy case:

A. a *Notice of Proposal to Cure Plan Defaults* in a form that substantially complies with the form available on Judge Taddonio's 'Forms' webpage (and which can be directly accessed at https://www.pawb.uscourts.gov/sites/default/files/forms/GLT−form−ch13−4.pdf). Said Notice shall include a date and time for the Conciliation Conference on the proposed cure selected from a date listed on the Trustee's Website, which date shall be no less than 30 and no more than 60 days after the date of the Notice;

**OR**

B. a *Notice of Proposed Modification to Plan* (in a form which substantially complies with the form found on Judge Taddonio's 'Forms' webpage and can be directly accessed at https://www.pawb.uscourts.gov/sites/default/files/forms/GLT−form−ch13−5.pdf) and an *Amended Plan*. (in accordance with the provisions of the *Chapter 13 Initial Case Management Order*) to the extent the Debtor(s) assert they can confirm and perform an *Amended Plan* to remain in Chapter 13. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) defaults on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing;

**OR**

C. a *Stipulated Order Modifying Plan* in a form that substantially complies with the form available on Judge Taddonio's 'Forms' webpage (and which can be directly access at https://www.pawb.uscourts.gov/sites/default/files/forms/GLT−form−ch13−3.pdf), and filed in accordance with the procedures as set forth in the *Chapter 13 Initial Case Management Order* regarding Stipulated Orders Modifying Plans.

Provided the Debtor(s) files a *Notice of Proposal to Cure Plan Defaults* or a *Notice of Proposed Modification to Plan* and *Amended Plan* the matter will follow the Court's standard conciliation/confirmation process as set forth in the *Chapter 13 Initial Case Management Order.*

Dated: December 13, 2024   Gregory L Taddonio
United States Bankruptcy Judge

**INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT**

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment. The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

Ronda J. Winnecour, Trustee
P.O. Box 84051
Chicago, IL 60689

United States Bankruptcy Court

Western District of Pennsylvania

In re: | Case No. 23-21516-GLT
Donald D. Kreisberg, Jr. | Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2 | User: auto | Page 1 of 3
Date Rcvd: Dec 13, 2024 | Form ID: pdf900 | Total Noticed: 38

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 15, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Donald D. Kreisberg, Jr., 216 Dorsay Valley Drive, Cranberry Twp, PA 16066-3770 |
| 15619362 | ++ | LENDINGPOINT, 1201 ROBERTS BLVD, SUITE 200, KENNESAW GA 30144-3612 address filed with court:, LendingPoint LLC., Attn: Bankruptcy, 1201 Roberts Blvd Suite 200, Kennesaw, GA 30144 |
| 15636638 | | OBX 2020-EXP3 Trust et al, NewRez LLC et al, Bankruptcy Department, PO Box 10826, Greenville, SC 29603-0826 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bnc@bass-associates.com | Dec 13 2024 23:40:00 | Accelerated Inventory Mgt, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Road, Suite #200, Tucson, AZ 85712-1083 |
| cr | | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 13 2024 23:40:00 | Jefferson Capital Systems, LLC, P.O. Box 23051, Columbus, GA 31902-3051 |
| 15636937 | + | Email/Text: bnc@bass-associates.com | Dec 13 2024 23:40:00 | Accelerated Inventory Mgt. LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Rd., Suite 200, Tucson, AZ 85712-1083 |
| 15619353 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Dec 14 2024 00:02:52 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 15631106 | | Email/PDF: bncnotices@becket-lee.com | Dec 13 2024 23:50:40 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15619354 | + | Email/PDF: bncnotices@becket-lee.com | Dec 14 2024 00:03:49 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 15619355 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Dec 13 2024 23:40:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 15636413 | | Email/Text: creditcardbkcorrespondence@bofa.com | Dec 13 2024 23:40:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 15619357 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 14 2024 00:45:18 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 15619358 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 14 2024 00:03:50 | Citibank/Best Buy, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 15619359 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 14 2024 00:04:13 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 15619360 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Dec 13 2024 23:40:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |
| 15819029 | | Email/Text: JCAP_BNC_Notices@jcap.com | | |

Case 23-21516-GLT   Doc 51   Filed 12/15/24   Entered 12/16/24 00:28:05   Desc Imaged
                             Certificate of Notice   Page 4 of 5

| District/off: 0315-2 | User: auto | Page 2 of 3 |
| --- | --- | --- |
| Date Rcvd: Dec 13, 2024 | Form ID: pdf900 | Total Noticed: 38 |

| Recipient # | | Notice Method | Date/Time | Recipient |
| --- | --- | --- | --- | --- |
| | | | Dec 13 2024 23:40:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302 |
| 15619356 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 13 2024 23:51:31 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 15625327 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Dec 13 2024 23:40:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15655500 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 13 2024 23:40:00 | Jefferson Capital Systems, LLC, PO Box 772813, Chicago, IL 60677-0113 |
| 15619362 | | Email/Text: Bkynotices@lendingpoint.com | Dec 13 2024 23:40:00 | LendingPoint LLC., Attn: Bankruptcy, 1201 Roberts Blvd Suite 200, Kennesaw, GA 30144 |
| 15633011 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 13 2024 23:50:41 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15619361 | + | Email/Text: Documentfiling@lciinc.com | Dec 13 2024 23:40:00 | Lendclub Bnk, Attn: Bankruptcy, 595 Market Street, Suite 200, San Francisco, CA 94105-2802 |
| 15638188 | + | Email/Text: Documentfiling@lciinc.com | Dec 13 2024 23:40:00 | LendingClub Bank, NA, P.O. BOX 884268, Los Angeles, CA 90088-4268 |
| 15619363 | + | Email/Text: Unger@Members1st.org | Dec 13 2024 23:40:00 | Members 1st FCU, Attn: Bankruptcy, 5000 Marketplace Way, Enola, PA 17025-2431 |
| 15619364 | | Email/Text: bankruptcy@oliphantfinancial.com | Dec 13 2024 23:40:00 | Oliphant Usa, 1800 2nd St, Sarasota, FL 34236 |
| 15638600 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 13 2024 23:40:00 | PNC Bank, National Association, PO Box 94982, Cleveland, OH 44101 |
| 15636783 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 13 2024 23:51:39 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15630431 | + | Email/Text: enotifications@santanderconsumerusa.com | Dec 13 2024 23:40:00 | SANTANDER CONSUMER USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 15619365 | + | Email/Text: enotifications@santanderconsumerusa.com | Dec 13 2024 23:40:00 | Santander Financial, 8585 North Stemmons Freeway, Dallas, TX 75247-3822 |
| 15619366 | + | Email/Text: mtgbk@shellpointmtg.com | Dec 13 2024 23:40:00 | Shellpoint Mortgage Servicing, Attn: Bankruptcy, Po Box 10826, Greenville, SC 29603-0826 |
| 15638943 | | Email/PDF: ebn_ais@aisinfo.com | Dec 14 2024 00:03:30 | Synchrony Bank, by AIS InfoSource LP as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15619367 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 14 2024 00:03:03 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15619368 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 14 2024 00:02:54 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15619369 | + | Email/Text: LCI@upstart.com | Dec 13 2024 23:40:00 | Upstart, Upstart Operations/ Attn:Bankruptcy, Po Box 1503, San Carlos, CA 94070-7503 |
| 15620488 | ^ | MEBN | Dec 13 2024 23:38:12 | Upstart Network, Inc, PO BOX 1931, Burlingame, CA 94011-1931 |
| 15619370 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 13 2024 23:50:14 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a 3rd Fl, Des Moines, IA 50328-0001 |
| 15629114 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 14 2024 00:04:05 | Wells Fargo Bank, N.A., 435 Ford Road, Suite 300, St. Louis Park, MN 55426-4938 |
| 15631137 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 14 2024 00:45:21 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 15619371 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 14 2024 00:02:57 | Wells Fargo/Personal Loan, Attn: Bankruptcy, Po Box 71092, Charlotte, NC 28272-1092 |

TOTAL: 36

Case 23-21516-GLT    Doc 51    Filed 12/15/24    Entered 12/16/24 00:28:05    Desc Imaged
Certificate of Notice    Page 5 of 5

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 13, 2024 | Form ID: pdf900 | Total Noticed: 38 |

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | OBX 2020-EXP3 Trust c/o Wilmington Savings Fund So |
| cr | | Wilmington Savings Fund Society, FSB, not in its i |
| 15631108 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15636285 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15631107 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 2 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2024         Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 13, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor OBX 2020-EXP3 Trust c/o Wilmington Savings Fund Society  FSB dcarlon@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Shawn N. Wright | on behalf of Debtor Donald D. Kreisberg  Jr. shawn@shawnwrightlaw.com, wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com |

TOTAL: 4