# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE

Donald D. Kreisberg, Jr.,
    Debtor

Case No. 23-21516

Chapter 13

---

Donald D. Kreisberg, Jr.,
    Movant,

- vs. -

Ronda J. Winnecour, Trustee,
    Respondent

Related Trustee Certificate of Default at
    at Doc No. 49, and Order
    requiring response at Doc No. 50

---

## **NOTICE OF PROPOSAL TO CURE PLAN DEFAULTS**

    1.    Debtor proposes to cure the plan default as pleaded in the Trustee's Certificate of Default.

    2.    The cure shall be effected as follows: Debtor is attempting to obtain additional employment to supplement his income.

    3.    All Objections to the proposed cure must be filed and served by no later than 21 days after the date of this Notice upon the Debtor and Chapter 13 Trustee. Untimely Objections will not be considered. Any creditor who files a timely Objection to the cure must appear at the scheduled Conciliation Conference on the proposed cure.

    4.    A virtual (via Zoom) Conciliation Conference on the proposed cure will be held on January 23, 2025 at 11:00 a.m., before the Chapter 13 Trustee. The table and meeting I.D., to participate by Zoom (and telephone number and meeting I.D. to participate by telephone if you lack the ability to participate by Zoom), can be found at http://www.ch13pitt.com/calendar/ several days before the meeting. Parties are expected to familiarize themselves with the Trustee's website at http://www.ch13pitt.com/ and to comply with the procedures set forth at that site for conference participation.

RESPECTFULLY SUBMITTED, this 23rd day of December 2024.

/s/Shawn N. Wright
Shawn N. Wright, Esquire
Counsel for Debtor; PA#64103
7240 McKnight Road
Pittsburgh, PA 15237
(412) 920-6565
shawn@shawnwrightlaw.com