Form COD

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:  Bankruptcy Case No.: 23−21516−GLT
Chapter: 13

**Donald D. Kreisberg Jr.**

Debtor(s)

### ORDER DIRECTING FURTHER ACTION IN RESPONSE TO CHAPTER 13 TRUSTEE'S CERTIFICATE OF DEFAULT REQUESTING DISMISSAL

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and is in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **twenty−one (21) days from the date of this Order,** Debtor(s) must file (1) *Documentary Proof of Payment* according to the accompanying *Instructions,* (2) a *Notarized Affidavit or Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes (a) an explanation of Debtor(s)' failure to comply with the current plan payment and/or (b) a statement setting forth why the Debtor(s) disputes the *Certificate of Default.*

**IT IS FURTHER ORDERED** that to the extent the Debtor(s) does not contest that the Debtor(s) is in default of the current plan, the Debtor(s) shall file **one** of the following within twenty−one (21) days of the date of this Order to avoid dismissal of the instant bankruptcy case:

A. a *Notice of Proposal to Cure Plan Defaults* in a form that substantially complies with the form available on Judge Taddonio's 'Forms' webpage (and which can be directly accessed at https://www.pawb.uscourts.gov/sites/default/files/forms/GLT−form−ch13−4.pdf). Said Notice shall include a date and time for the Conciliation Conference on the proposed cure selected from a date listed on the Trustee's Website, which date shall be no less than 30 and no more than 60 days after the date of the Notice;

**OR**

B. a *Notice of Proposed Modification to Plan* (in a form which substantially complies with the form found on Judge Taddonio's 'Forms' webpage and can be directly accessed at https://www.pawb.uscourts.gov/sites/default/files/forms/GLT−form−ch13−5.pdf) and an *Amended Plan*. (in accordance with the provisions of the *Chapter 13 Initial Case Management Order*) to the extent the Debtor(s) assert they can confirm and perform an *Amended Plan* to remain in Chapter 13. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) defaults on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing;

**OR**

C. a *Stipulated Order Modifying Plan* in a form that substantially complies with the form available on Judge Taddonio's 'Forms' webpage (and which can be directly access at https://www.pawb.uscourts.gov/sites/default/files/forms/GLT−form−ch13−3.pdf), and filed in accordance with the procedures as set forth in the *Chapter 13 Initial Case Management Order* regarding Stipulated Orders Modifying Plans.

Provided the Debtor(s) files a *Notice of Proposal to Cure Plan Defaults* or a *Notice of Proposed Modification to Plan* and *Amended Plan* the matter will follow the Court's standard conciliation/confirmation process as set forth in the *Chapter 13 Initial Case Management Order.*

Dated: July 16, 2025  Gregory L Taddonio
United States Bankruptcy Judge

**INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT**

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment. The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

Ronda J. Winnecour, Trustee
P.O. Box 84051
Chicago, IL 60689

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                        Case No. 23-21516-GLT

Donald D. Kreisberg, Jr.                                                                               Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                                   User: auto                                                           Page 1 of 3

Date Rcvd: Jul 16, 2025                           Form ID: pdf900                                    Total Noticed: 38

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^            Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Donald D. Kreisberg, Jr., 216 Dorsay Valley Drive, Cranberry Twp, PA 16066-3770 |
| 15636638 | | OBX 2020-EXP3 Trust et al, NewRez LLC et al, Bankruptcy Department, PO Box 10826, Greenville, SC 29603-0826 |
| 15619371 | + | Wells Fargo/Personal Loan, Attn: Bankruptcy, Po Box 71092, Charlotte, NC 28272-1092 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bnc@bass-associates.com | Jul 17 2025 00:18:00 | Accelerated Inventory Mgt, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Road, Suite #200, Tucson, AZ 85712-1083 |
| cr | | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 17 2025 00:19:00 | Jefferson Capital Systems, LLC, P.O. Box 23051, Columbus, GA 31902-3051 |
| 15636937 | + | Email/Text: bnc@bass-associates.com | Jul 17 2025 00:18:00 | Accelerated Inventory Mgt. LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Rd., Suite 200, Tucson, AZ 85712-1083 |
| 15619353 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jul 17 2025 00:46:46 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 15631106 | | Email/PDF: bncnotices@becket-lee.com | Jul 17 2025 00:45:47 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15619354 | + | Email/PDF: bncnotices@becket-lee.com | Jul 17 2025 00:34:06 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 15619355 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 17 2025 00:18:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 15636413 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 17 2025 00:18:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 15619356 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 17 2025 00:34:35 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850-5298 |
| 15619357 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 17 2025 00:34:32 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 15619358 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 17 2025 00:34:09 | Citibank/Best Buy, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 15619359 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 17 2025 00:34:31 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 15619360 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jul 17 2025 00:19:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |
| 15819029 | | Email/Text: JCAP_BNC_Notices@jcap.com | | |

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 16, 2025 | Form ID: pdf900 | Total Noticed: 38 |

| Recipient ID | | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| | | | Jul 17 2025 00:19:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302 |
| 15625327 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jul 17 2025 00:18:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15655500 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 17 2025 00:19:00 | Jefferson Capital Systems, LLC, PO Box 772813, Chicago, IL 60677-0113 |
| 15619362 | | Email/Text: Bkynotices@lendingpoint.com | Jul 17 2025 00:19:00 | LendingPoint LLC., Attn: Bankruptcy, 1201 Roberts Blvd Suite 200, Kennesaw, GA 30144 |
| 15633011 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 17 2025 00:34:30 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15619361 | + | Email/Text: Documentfiling@lciinc.com | Jul 17 2025 00:18:00 | Lendclub Bnk, Attn: Bankruptcy, 595 Market Street, Suite 200, San Francisco, CA 94105-2802 |
| 15638188 | + | Email/Text: Documentfiling@lciinc.com | Jul 17 2025 00:18:00 | LendingClub Bank, NA, P.O. BOX 884268, Los Angeles, CA 90088-4268 |
| 15619363 | + | Email/Text: Unger@Members1st.org | Jul 17 2025 00:19:00 | Members 1st FCU, Attn: Bankruptcy, 5000 Marketplace Way, Enola, PA 17025-2431 |
| 15619364 | | Email/Text: bankruptcy@oliphantfinancial.com | Jul 17 2025 00:19:00 | Oliphant Usa, 1800 2nd St, Sarasota, FL 34236 |
| 15638600 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 17 2025 00:18:00 | PNC Bank, National Association, PO Box 94982, Cleveland, OH 44101 |
| 15636783 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 17 2025 00:45:35 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15630431 | + | Email/Text: enotifications@santanderconsumerusa.com | Jul 17 2025 00:19:00 | SANTANDER CONSUMER USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 15619365 | + | Email/Text: enotifications@santanderconsumerusa.com | Jul 17 2025 00:19:00 | Santander Financial, 8585 North Stemmons Freeway, Dallas, TX 75247-3822 |
| 15619366 | + | Email/Text: mtgbk@shellpointmtg.com | Jul 17 2025 00:18:00 | Shellpoint Mortgage Servicing, Attn: Bankruptcy, Po Box 10826, Greenville, SC 29603-0826 |
| 15638943 | | Email/PDF: ebn_ais@aisinfo.com | Jul 17 2025 00:34:39 | Synchrony Bank, by AIS InfoSource LP as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15619367 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 17 2025 00:34:55 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15619368 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 17 2025 00:34:24 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15619369 | + | Email/Text: LCI@upstart.com | Jul 17 2025 00:18:00 | Upstart, Upstart Operations/ Attn:Bankruptcy, Po Box 1503, San Carlos, CA 94070-7503 |
| 15620488 | ^ | MEBN | Jul 17 2025 00:15:09 | Upstart Network, Inc, PO BOX 1931, Burlingame, CA 94011-1931 |
| 15619370 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Jul 17 2025 00:34:39 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a 3rd Fl, Des Moines, IA 50328-0001 |
| 15629114 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Jul 17 2025 00:34:10 | Wells Fargo Bank, N.A., 435 Ford Road, Suite 300, St. Louis Park, MN 55426-4927 |
| 15631137 | | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Jul 17 2025 00:59:57 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 35

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jul 16, 2025 | Form ID: pdf900 | Total Noticed: 38 |

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | OBX 2020-EXP3 Trust c/o Wilmington Savings Fund So |
| cr | | Wilmington Savings Fund Society, FSB, not in its i |
| 15631108 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15636285 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15631107 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 2 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2025          Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor OBX 2020-EXP3 Trust c/o Wilmington Savings Fund Society FSB dcarlon@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Shawn N. Wright | on behalf of Debtor Donald D. Kreisberg Jr. shawn@shawnwrightlaw.com, wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com |

TOTAL: 4