**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | |
|---|---|
| DONALD D. KREISBERG, JR. | Case No.:23-21516 GLT |
| Debtor(s) | |
| Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 07/15/2023 and confirmed on 08/21/2023. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 18,386.00 |
| Less Refunds to Debtor | 137.78 | |
| TOTAL AMOUNT OF PLAN FUND | | 18,248.22 |
| | | |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 740.83 | |
| Trustee Fee | 1,095.66 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 1,836.49 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| OBX 2020-EXP3 TRUST | 0.00 | 14,379.14 | 0.00 | 14,379.14 |
| Acct: 5560 | | | | |
| OBX 2020-EXP3 TRUST | 17,727.90 | 0.00 | 0.00 | 0.00 |
| Acct: 5560 | | | | |
| MEMBERS 1ST FCU | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| SANTANDER CONSUMER USA | 19,468.26 | 525.07 | 1,507.52 | 2,032.59 |
| Acct: 5377 | | | | |
| | | | | 16,411.73 |
| **Priority** | | | | |
| SHAWN N WRIGHT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DONALD D. KREISBERG, JR. | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DONALD D. KREISBERG, JR. | 137.78 | 137.78 | 0.00 | 0.00 |
| Acct: | | | | |
| LAW OFFICE OF SHAWN N WRIGHT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| SHAWN N WRIGHT ESQ | 5,000.00 | 740.83 | 0.00 | 0.00 |
| Acct: | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| AFFIRM | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: KBVF | | | | |
| AFFIRM | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: FAOG | | | | |
| AFFIRM | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 73PA | | | | |
| AMERICAN EXPRESS NATIONAL BANK | 32,549.92 | 0.00 | 0.00 | 0.00 |
| Acct: 2001 | | | | |
| AMERICAN EXPRESS NATIONAL BANK | 14,001.06 | 0.00 | 0.00 | 0.00 |
| Acct: 1004 | | | | |
| AMERICAN EXPRESS NATIONAL BANK | 13,250.96 | 0.00 | 0.00 | 0.00 |
| Acct: 2005 | | | | |
| AMERICAN EXPRESS NATIONAL BANK | 1,096.16 | 0.00 | 0.00 | 0.00 |
| Acct: 1005 | | | | |
| BANK OF AMERICA NA** | 23,959.12 | 0.00 | 0.00 | 0.00 |
| Acct: 2191 | | | | |
| JPMORGAN CHASE BANK NA S/B/M/T CH/ | 1,325.92 | 0.00 | 0.00 | 0.00 |
| Acct: 2453 | | | | |
| LVNV FUNDING LLC | 8,274.85 | 0.00 | 0.00 | 0.00 |
| Acct: 4033 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 2,849.16 | 0.00 | 0.00 | 0.00 |
| Acct: 0364 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 3,903.27 | 0.00 | 0.00 | 0.00 |
| Acct: 2558 | | | | |
| GOLDMAN SACHS BANK USA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8435 | | | | |
| LENDING CLUB BANK NA* | 7,936.30 | 0.00 | 0.00 | 0.00 |
| Acct: 3385 | | | | |
| ACCELERATED INVENTORY MGT LLC | 27,944.55 | 0.00 | 0.00 | 0.00 |
| Acct: 1411 | | | | |
| OLIPHANT USA LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8892 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 7,454.92 | 0.00 | 0.00 | 0.00 |
| Acct: 6586 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 5,891.75 | 0.00 | 0.00 | 0.00 |
| Acct: 0947 | | | | |
| UPSTART NETWORK | 13,059.35 | 0.00 | 0.00 | 0.00 |
| Acct: 8715 | | | | |
| WELLS FARGO BANK NA | 8,318.57 | 0.00 | 0.00 | 0.00 |
| Acct: 8655 | | | | |
| WELLS FARGO BANK NA | 5,388.26 | 0.00 | 0.00 | 0.00 |
| Acct: 7322 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 37,020.39 | 0.00 | 0.00 | 0.00 |
| Acct: 1841 | | | | |
| ACCELERATED INVENTORY MGT LLC | 10,538.90 | 0.00 | 0.00 | 0.00 |
| Acct: 0623 | | | | |
| PNC BANK NA | 22,907.30 | 0.00 | 0.00 | 0.00 |
| Acct: 1924 | | | | |
| MARY KREISBERG | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | ***NONE*** | | | |

| TOTAL PAID TO CREDITORS | | 16,411.73 |
|---|---|---|
| TOTAL CLAIMED | | |
| PRIORITY | 0.00 | |
| SECURED | 37,196.16 | |
| UNSECURED | 247.670.71 | |

Date: 09/08/2025

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com